UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Edwin Leebrick, as Owner of the Vessel GREAT ESCAPE, Hull Identification No. TLY34600108182 Petitioning for Exoneration From or Limitation of Liability. | IN ADMIRALTY<br><br>No.: 2:25-cv-2675 RSM<br><br>**ORDER APPROVING STIPULATION FOR VALUE AND COSTS**<br><br>**[46 U.S.C. § 30501 *et seq.;* and Federal Rules of Civil Procedure Supplemental Rule F]** |

WHEREAS, Plaintiff-in-limitation Edwin Leebrick, as owner of the vessel the GREAT ESCAPE, a 1982 Tollycraft Tri-Cabin, Hull Identification No. TLY34600108182 and her engines, tackles, appurtenances, etc. (the "Vessel"), filed a Complaint pursuant to the Limitation of Liability Act 46 U.S.C. § 30501 *et seq.,* claiming the right to exoneration from, or limitation of, liability for all claims arising out of a fire that occurred on June 25, 2025, on the navigable waters of the United States in or around Lake Union in Seattle, Washington, as alleged and detailed in the Complaint, and having filed a Motion and Stipulation for Value, Security, and Costs; and

**WHEREAS**, the aggregate value of Plaintiff's interest in the Vessel immediately following the subject fire is alleged as worth zero dollars, plus five hundred ($500.00) for costs, and sixty dollars in interest at six percent (6%) per annum for two years, and Plaintiff has agreed to pay that

ORDER APPROVING STIPULATION
FOR VALUE AND COSTS - 1
(CASE NO. 2:25-cv-2675 RSM)

security of $560.00 within the meaning of Rule F(1) of the Federal Rules of Civil Procedure, Supplemental Rules of Certain Admiralty and Maritime Claims and this Court's Local Rules;

**IT IS HEREBY ORDERED** that the Motion Stipulating to the Value, Security, and Costs totaling $560.00 is approved. Plaintiff is Ordered to deposit with the Clerk of the U.S. District Court for the Western District of Washington a payment in the amount of $560.00, which covers the $500.00 security for costs and 6% interest on the security for two (2) years.

**IT IS FURTHER ORDERED** that the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $560.00.

**IT IS SO ORDERED** this 5th day of January, 2026.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER APPROVING STIPULATION
FOR VALUE AND COSTS - 2
(CASE NO. 2:25-cv-2675 RSM)