UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Edwin Leebrick, as Owner of the Vessel GREAT ESCAPE, Hull Identification No. TLY34600108182 Petitioning for Exoneration from or Limitation of Liability. | IN ADMIRALTY<br><br>No.: 2:25-cv-02675 RSM<br><br>**ORDER DIRECTING EXECUTION OF NOTICE TO CLAIMANTS AND PUBLICATION OF NOTICE**<br><br>**[46 U.S.C. § 30501 *et seq*.; and Federal Rules of Civil Procedure Supplemental Rule F]** |

WHEREAS, a Complaint was filed in the United States District Court for the Western District of Washington, Seattle Division by Plaintiff-in-Limitation Edwin Leebrick ("Plaintiff"), as the owner of the Vessel GREAT ESCAPE, a 1982 Tollycraft Tri-Cabin, Hull Identification No. TLY34600108182 and her engines, tackles, appurtenances, etc. (the "Vessel"), for exoneration from, or limitation of, liability pursuant to the Limitation of Liability Act, 46 U.S.C. § 30501 *et seq*., and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, with respect to any and all losses or damages arising out of, resulting from, or in any manner connected with, the fire that started on Plaintiff's Vessel on June 25, 2025, while the Vessel was moored at its slip (D01-C24) at the Boatworld Marina located at the 2450 Westlake Ave. North, Seattle, Washington 98109, which is on the navigable waters of the United States in or around Seattle, Washington, as set forth in Plaintiff's Complaint. Plaintiff further requests that a notice to claimants issue out of

and under the seal of this Court, admonishing all persons and entities claiming any loss, damage or injury arising out of, resulting from, or in any manner connected with, the aforesaid incident, to file their claims with the Clerk of this Court at the United States Courthouse, and to serve a copy thereof on the attorneys for Plaintiff, on or before February 23, 2026, or be deemed in contumacy and default, and that when all proceedings have been completed, if it shall appear that Plaintiff is not liable for any such loss or damage, it may be finally so decreed by this Court;

WHEREAS, Plaintiff has filed with this Court a motion to approve value, security, and costs, and this Court having made and entered an order directing that a notice to claimants issue against all persons and/or entities claiming any loss, damage or injury arising out of, resulting from, or in any manner connected with, the aforesaid fire, admonishing them to file their claims with the Clerk of this Court at the United States Courthouse, and to serve a copy thereof on the attorneys for Plaintiff;

**NOW, THEREFORE, PLAINTIFF IS HEREBY COMMANDED** to notify and admonish all persons asserting claims with respect to that which the Complaint herein seeks exoneration or limitation of, liability from, to appear and answer the allegations of the Complaint, and to file their claims, with the Clerk of the Court, on or before February 23, 2026, or be deemed in contumacy and default.

**PLAINTIFF IS FURTHER COMMANDED** pursuant to Local Admiralty Rule 150 to publish, or cause to be published in the Seattle Daily Journal of Commerce, a newspaper published Monday through Saturday, a notice substantially in the form as that filed concurrently herewith and entitled, "Notice of Complaint," once in each week for four (4) successive weeks prior to the date hereinabove fixed for the filing of claims (February 23, 2026);

**IT IS FURTHER ORDERED** that, pursuant to Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, not later than the date of the second publication, Plaintiff shall mail a copy of the Notice of Complaint to every person and entity known to have asserted any claim against Plaintiff or the Vessel, arising out of, resulting from, or in any manner connected with, that which the Complaint herein seeks exoneration from, or limitation of, liability;

ORDER DIRECTING EXECUTION OF NOTICE TO
CLAIMANTS AND PUBLICATION OF NOTICE - 2
(CASE NO. 2:25-cv-02675 RSM)

**IT IS FURTHER ORDERED** that the publication and mailing of the Notice of Complaint described herein shall constitute due notice to all persons asserting claims arising out of or in any way relating to that which the Complaint herein seeks exoneration from, or limitation of, liability;

**IT IS FURTHER ORDERED** that pursuant to Rule F(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the commencement and/or further prosecution of any and all suits, actions, and other proceedings against Plaintiff and/or their property with respect to any claim subject to exoneration or limitation in this action is hereby enjoined.

**IT IS SO ORDERED** this 5th day of January, 2026.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE