1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9

10   In the Matter of the Complaint of
     Edwin Leebrick, as Owner of the Vessel
11   GREAT ESCAPE, Hull Identification
     No. TLY34600108182 Petitioning for
12   Exoneration from or Limitation of Liability.
13

IN ADMIRALTY

No.: 2:25-cv-02675 RSM

**NOTICE OF COMPLAINT FOR EXONERATION FROM AND/OR LIMITATION OF, LIABILITY**

14   NOTICE IS HEREBY GIVEN that Plaintiff-in-Limitation Edwin Leebrick ("Plaintiff"),
15 as the owner of the Vessel GREAT ESCAPE, a 1982 Tollycraft Tri-Cabin, Hull Identification
16 No. TLY34600108182 (the "Vessel"), on December 23, 2025, filed a Complaint under the
17 Limitation of Liability Act, 46 U.S.C. § 30501 *et seq*., claiming the right to exoneration from,
18 or limitation of liability for all claims, losses, or damages arising out of, resulting from, or in any
19 manner connected with the fire that started on Plaintiff's Vessel on June 25, 2025, while the Vessel
20 was moored at its slip (D01-C24) at the Boatworld Marina located at the 2450 Westlake Ave. North
21 Seattle, Washington 98109, which is on the navigable waters of the United States in or around
22 Seattle, Washington, as set forth in Plaintiff's Complaint.
23   NOTICE IS FURTHER GIVEN, that all persons having any such claims must file them,
24 as provided in Rule F of the Federal Rules of Civil Procedure, Supplemental Rules for Certain
25 Admiralty and Maritime Claims, with the Clerk of this Court at the U. S. District Court for the
26 Western District of Washington Courthouse, located at 700 Stewart Street, Suite 2310, Seattle, WA

NOTICE OF COMPLAINT FOR EXONERATION
FROM, OR LIMITATION OF, LIABILITY- 1
(CASE NO. 2:25-cv-02675 RSM)

98101, and serve upon or mail to Plaintiff's attorneys, Larry Altenbrun at Nicoll Black Altenbrun & Feig PLLC, 1325 Fourth Avenue, Suite 1650, Seattle, Washington, 98101, a copy of such claims on or before February 23, 2026, OR BE DEEMED TO BE IN CONTUMACY AND DEFAULT. Personal attendance is not required. Any claimant desiring to contest Plaintiff's right to exoneration from, or limitation of, liability must also file an answer to the Complaint on file herein, as required by Rule F(5) of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, and shall serve a copy thereof upon the attorneys for Plaintiff, unless the claim has included an answer.

**IT IS SO ORDERED** this 5th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE