UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In the Matter of the Complaint of
Edwin Leebrick, as Owner of the Vessel
GREAT ESCAPE, Hull Identification
No. TLY34600108182 Petitioning for
Exoneration from or Limitation of Liability.

IN ADMIRALTY

No.: 2:25-cv-2675 RSM

ORDER GRANTING PLAINTIFF-IN-LIMITATION'S MOTION FOR ENTRY OF DEFAULT AGAINST ALL POTENTIAL CLAIMAINTS WHO HAVE NOT APPEARED

WHEREAS, Notice of Complaint for Exoneration from or Limitation of Liability (the "Notice") has been issued against all persons claiming any damages or losses resulting from the fire incident that occurred aboard the GREAT ESCAPE, a 1982 Tollycraft Tri-Cabin, Hull Identification No. TLY34600108182 (the "Vessel"), on June 25, 2025 (the "Incident"), owned by Petitioner and Plaintiff-in-Limitation Edwin Leebrick ("Plaintiff"), advising them to file claims on or before February 23, 2026 (Dkts. 3–6, 8);

WHEREAS, said Notice was duly served on all persons known to have claims at the time of its issuance and was published in the *Daily Journal of Commerce* for four consecutive weeks, and the time for filing claims has expired, upon the request of Petitioner as Owner of the Vessel (Dkts. 6, 8; *See* Declaration of Larry Altenbrun ("L. Altenbrun's Decl.") at ¶¶ 3-6);

IT IS HEREBY ORDERED that, except as to Boatworld Marina, LLC ("Boatworld") and The Hanover Insurance Company ("Hanover"), as subrogee of Boatworld (collectively, the "Marina

Claimants") (Dkt. 9), the default of all persons and/or entities claiming damages for any losses or damages of any nature whatsoever resulting from the Incident, who have not filed claims herein, be entered (Dkts. 3–6, 8; *See* L. Altenbrun's Decl. at ¶ 7); and

IT IS FURTHER ORDERED that, except as to the Marina Claimants, all persons who may have any claims as described above are barred and precluded from filing such claims in this or any other action.

IT IS SO ORDERED on this 17th day of March, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF-IN-LIMITATION'S
MOTION FOR ENTRY OF DEFAULT - 2
(CASE NO. 2:25-cv-2675 RSM)