UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In the Matter of the Complaint of
Edwin Leebrick, as Owner of the Vessel
GREAT ESCAPE, Hull Identification
No. TLY34600108182 Petitioning for
Exoneration from or Limitation of Liability.

IN ADMIRALTY

No.: 2:25-cv-2675 RSM

ORDER ENTERING FINAL DEFAULT
JUDGMENT AGAINST ALL
CLAIMANTS WHO HAVE NOT
APPEARED

WHEREAS, Notice of Complaint for Exoneration for or Limitation of Liability (the "Notice") has been issued against all persons claiming any damages or losses resulting from the fire incident that occurred aboard the Vessel on June 25, 2025 (the "Incident"), advising them to file claims on or before February 23, 2026 (Dkts. 4-6);

WHEREAS, said Notice was duly served on all persons known to have claims at the time of the issuance of the Notice, and has been published in Seattle Daily Journal of Commerce for four consecutive weeks, and the time for filing of claims having expired, on the request of Petitioner and Plaintiff-in-Limitation Edwin Leebrick, as owner of the vessel GREAT ESCAPE ("Plaintiff"), (Dkts. 12-13);

WHEREAS, this Court entered a Default on March 17, 2026 pursuant to FRCP 55(a), after Plaintiff requested said Default be entered pursuant to LCR 7(d) and FRCP 55(a) (Dkt. 18);

IT IS HEREBY ORDERED that, pursuant to FRCP 55(b)(1) and except to the Marina

ORDER ENTERING DEFAULT JUDGMENT
AGAINST ALL CLAIMANTS WHO HAVE NOT APPEARED - 1

Claimants, the final default of all persons or entities claiming damages for any and all losses or damages of any nature whatsoever resulting from the Incident that occurred on June 25, 2025, who have not filed their claims herein, be entered (Dkt. 9); and

IT IS FURTHER ORDERED that, except to the Marina Claimants, all persons who may have any claims as described above are barred and precluded from filing such claims in this or any other action.

Dated this 5th day of May, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE